UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA ROBINSON, an individual,,<br><br>        Plaintiff,<br><br>        vs.<br><br>BAY CLUB LOS ANGELES, INC., a California corporation, and DOES 1-20, inclusive,,<br><br>        Defendants. | Case No. CV 21-3578-DMG (RAOx)<br><br>**ORDER APPROVING PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [123]** |

The Court, having considered the Parties' stipulation, and good cause appearing, approves the Stipulation and retains jurisdiction for sixty (60) days, to November 25, 2022 for a party to reopen this matter by motion to enforce the terms of the parties' settlement agreement. If no party does so, this matter shall be deemed dismissed with prejudice after expiration of that 60-day period.

**IT IS SO ORDERED.**

DATED: September 26, 2022

                                            DOLLY M. GEE<br>                                            UNITED STATES DISTRICT JUDGE